I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2-11-14

DEPUTY CLERK

JS6 Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO HERNANDEZ VILLA, | Case No. CV 14-0745-ODW (RNB) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| LINDA McGREW (Warden), | |
| Respondent. | |

In accordance with the Order of Dismissal filed herewith,

IT IS HEREBY ADJUDGED that this action is summarily dismissed for lack of jurisdiction.

DATED: 2-7-14

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

1